**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JUAN ANTONIO GONZALEZ-CANTORAL** | : | |
| **a/k/a JUAN IZTEP SICA** | : | |
| *Petitioner,* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **J.L. JAMISON, Warden, Federal Detention** | : | **No. 26-cv-1953** |
| **Center, Philadelphia, et al.,** | : | |
| *Respondents.* | : | |

**ORDER**

**AND NOW**, this **1st** day of **April 2026**, upon consideration of Petitioner Joan Antonio Gonzalez-Cantoral's Verified Petition for a Writ of Habeas Corpus (the "Petition") (ECF No. 1), Respondents' Letter dated April 1, 2026 (the "Response") (ECF No. 5), and the docket, it is hereby **ORDERED** that the Petition (ECF No. 1) is **GRANTED** as follows:

1. For the reasons stated in this District's prior cases, *see, e.g.*, Memorandum Opinion at 1–10, *Demirel v. Fed. Det. Ctr. Phila.*, No. 25-cv-5488 (E.D. Pa. Nov. 18, 2025); Memorandum Opinion at 1–14, *Anirudh v. McShane*, No. 25-cv-6458 (E.D. Pa. Dec. 9, 2025); Memorandum Opinion at 1–5, *Rios Porras v. O'Neill*, No. 25-cv-6801 (E.D. Pa. Dec. 22, 2025), which Respondents concede are not materially distinguishable, *see* ECF No. 5 at 1, Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2. **Petitioner has been living in this country for nearly twenty (20) years. ECF No. 1 ¶ 17. Petitioner entered the United States in or around 2006. *Id.* Upon review of the Petition and the Response, the record reflects that Petitioner has had no criminal interventions to date. ECF No. 54. Petitioner has been working,**

**establishing community, and caring for his sick daughter.** *Id.* ¶ 19.  **Prior to his arrest, Petitioner worked at a mushroom farm in West Grove, Pennsylvania.** *Id.* ¶ 19.  **Petitioner was arrested by Department of Homeland Security ("DHS") officials when they observed him getting into a friend's car to drive to work for the day.** *Id.* ¶ 20.  **DHS officials had no information about Petitioner prior to his arrest.** *Id.*  **Instead, they merely observed Petitioner getting into a car for work for the day, and arrested him.**

3. **Because Petitioner is being held in custody in violation of the laws and the Constitution of the United States, he is to be IMMEDIATELY TRANSPORTED BACK to the Federal Detention Center in Philadelphia and RELEASED upon his arrival.[1]**

4. Respondents are **DIRECTED** to return to Petitioner any and all funds, identification, or property which may have been seized from Petitioner at the time of his arrest.

5. Respondents are **DIRECTED** to certify compliance with the Court's Order by filing such certification on the docket on or before **April 2, 2026 at 12:00 P.M.**

6. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**

---

[1] Respondents have informed the Court that, prior to entry of the Court's March 25, 2026 Order (ECF No. 2) Petitioner was transferred to the Federal Detention Center in Moshannon Valley, Pennsylvania.  ECF No. 5 at 2.